/s/ Randal S. Mashburn
Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 9/21/2020



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
)
WILLIAM NELSON WRIGHT, ) Bk. No. **19-05143-RM3-12**
) Chapter 12
Debtor(s). ) Judge Randal S. Mashburn

ORDER DISMISSING CASE

It appearing to the Court, based upon the certification of the Trustee as indicated by his electronic signature below, that the Trustee has filed a Motion to Dismiss the above-styled case, for cause and that, pursuant to Rule 9013-1 of the Local Rules of the Bankruptcy Court for the Middle District of Tennessee, has forwarded a copy of that application along with notice and an opportunity to be heard to the debtor, debtor's counsel, and the Assistant U. S. Trustee and that no affected party in interest has objected to or requested a hearing on the Trustee's application, it is

ORDERED, the above-styled case is dismissed, for cause, for the debtor's failure to fund the Chapter 12 plan in accordance with its terms.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

APPROVED BY:

/s/ Henry E. Hildebrand, III
_____
Henry E. Hildebrand, III
Chapter 12 Trustee
P. O. Box 330297
Nashville, TN 37203
615-244-1101; Fax 615-242-3241
pleadings@ch13nsh.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.